_____

No: 21-2537

_____

Michelle L. Brandt

Plaintiff - Appellant

v.

City of Cedar Falls; Lisa Roeding; Jacque Danielson; John Bostwick; Jeff Olson; Jennifer Rodenbeck

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:20-cv-02013-CJW)

_____

**JUDGMENT**

Before BENTON, SHEPHERD and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 14, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

    /s/ Michael E. Gans